Pellegrina Chisari HOLLAND

v.

Michael M. DIETCH et al.

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION.

No. 80–154–M.P.

Supreme Court of Rhode Island.

May 22, 1980.

Nugent & Nugent, J. Joseph Nugent, Jr., Providence, for petitioner.

Higgins & Slattery, Robert J. Dumouchel, Providence, for third–party defendant.

## ORDER

The petition for writ of certiorari is denied without prejudice to plaintiff's right to pursue such appellate remedies as she may have.